IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-03378-RPM

DR. KRISTEN SAATHOFF,

    Plaintiff,

v.

PRINCIPAL LIFE INSURANCE COMPANY, a/k/a
PRINCIPAL FINANCIAL GROUP,

    Defendant.

_____

ORDER DISMISSING CASE WITH PREJUDICE
_____

    Pursuant to the Stipulated Notice of Dismissal With Prejudice, filed October 16, 2014 [20], it is

    ORDERED that this civil action is dismissed with prejudice and each party to pay his, hers or its own respective costs and fees.

    DATED: October 17th , 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge